ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
Z. KATHRYN BRANSON
Nevada Bar No. 11540
kathryn.branson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN H. HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>HUMANA INSURANCE COMPANY, a foreign corporation; DOES I through X inclusive, and ROES CORPORATIONS, XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:14-cv-01180-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant Humana Insurance Company ("Defendant") and Plaintiff Kathleen Harris ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

. . .

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs.

DATED this 1st day of April, 2015.          DATED this 1st day of April, 2015.

SCHUETZE & MCGAHA                            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Joshua M. Santeramo                      /s/ Z. Kathryn Branson

Joshua M. Santeramo                          Anthony L. Martin
Nevada Bar No. 012068                        Nevada Bar No. 08177
601 S. Rancho Drive                          Z. Kathryn Branson, Esq.
Las Vegas, Nevada 89106                      Nevada Bar No. 11540
*Attorneys for Plaintiff*                    Wells Fargo Tower, Suite 1500
                                             3800 Howard Hughes Parkway
                                             Las Vegas, Nevada 89169
                                             *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/01/2015**